IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL PRINCE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-1917 |
| | : | |
| US GOVERNMENT | : | |

## ORDER

AND NOW, this 15th day of April, 2015, upon consideration of Plaintiff Darrell Prince's motion to proceed *in forma pauperis* (Document 1) and his *pro se* Complaint, it is ORDERED:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED with prejudice for the reasons discussed in the accompanying Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.